No. 82–737. ICE CREAM INDUSTRY DRIVERS & ICE CREAM EMPLOYEES UNIONS PENSION FUND v. NOVEMBRE ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–748. WEIN v. COMMITTEE OF BAR EXAMINERS OF THE STATE BAR OF CALIFORNIA ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–750. MCCLOUD v. NATIONAL RAILROAD PASSENGER CORP. (AMTRAK). Ct. App. D. C. Certiorari denied.

No. 82–752. FERGUS ET AL. v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 82–753. FRANKLIN COUNTY SHERIFF'S OFFICE v. SELLERS ET AL. Sup. Ct. Wash. Certiorari denied.

No. 82–755. TOOMEY v. TOOMEY. Sup. Ct. Mo. Certiorari denied.

No. 82–758. CAMPBELL v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 82–761. KUCHTA ET AL. v. ALLSTATE INSURANCE CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–767. WILLIAMS v. VISION CARE SERVICE, INC. C. A. D. C. Cir. Certiorari denied.

No. 82–768. PVM REDWOOD CO., INC. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–770. BENDA v. MEDTRONIC, INC., ET AL. C. A. 7th Cir. Certiorari denied.